In the Matter of the Application of GUS CUTTING, Respondent, for a Peremptory Writ of Mandamus against WILLIAM BRENNAN, Deputy Commissioner of the Tenement House Department of the City of New York, Appellant.

*Matter of Cutting,* 97 App. Div. 23, affirmed.
(Argued October 4, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made July 28, 1904, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to approve an amendment of plans for the erection of certain buildings in the borough of Brooklyn.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for appellant.

*William F. Hagarty* for respondent.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.